UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER L. KELLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:13-cv-00104-TWP-MJD |
| CAROLYN W. COLVIN Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's complaint seeking judicial review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

For the reasons set forth in the Report and Recommendation, substantial evidence does not support the ALJ's determination that Jennifer Keller is not disabled and the Commissioner's decision is **REVERSED**.

Date: 03/10/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Theodore F. Smith, Jr
THEODORE F. SMITH JR. PC
tsmith@tedsmithlaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov